UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

ROBERT D. LARSON,

    Plaintiff,

vs.

CHARTER COMMUNICATIONS, INC.
and CREDIT PROTECTION
ASSOCIATION, L.P.,

    Defendants.

Case No. 11-cv-351-JPG-PMF

# MEMORANDUM AND ORDER

This matter comes before the Court on Plaintiff Robert Larson's Notice of Voluntary Dismissal (Doc. 13), which seeks to dismiss all claims against Defendants Charter Communications, Inc. and Credit Protection Association, L.P. with prejudice.

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), a plaintiff has an absolute right to dismiss an action against an adverse party at any time before said party serves either an answer or a motion for summary judgment, whichever first occurs.

Here, Defendants have yet to file either an answer or a motion for summary judgment. Accordingly, the Court acknowledges that this matter is at an end, **DENIES as moot** the pending motions (Docs. 6, 9), and **DIRECTS** the Clerk of Court to close the case file.

**IT IS SO ORDERED**
**DATED: June 2, 2011**

                                          s/ J. Phil Gilbert
                                          **J. PHIL GILBERT**
                                          **DISTRICT JUDGE**